| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 19CR02891-001-CAB |
|---|---|---|
| **TRANSFER OF JURISDICTION** | **FILED** Mar 02, 2022 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | DOCKET NUMBER *(Rec. Court)* 1:21CR00216-DAD |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Gloria Argelia Galarza-Herrera Eastern District of California | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE Cathy Ann Bencivengo U.S. District Judge | |
| | DATES OF supervised release | FROM 08/20/2021 — TO 08/19/2024 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class A felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/28/2022
Date

*/s/ Cathy Ann Bencivengo*
Cathy Ann Bencivengo
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

March 1, 2022
Effective Date

*/s/ Dale A. Drozd*
United States District Judge

CLK